UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JAN 1 0 2023
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CAUSE NO. |
| ) | |
| MICHAEL SPENCER, ) | 1: 23-cr- 0 0 0 5 JMS -MJD |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
18 U.S.C. § 922(g)(1)
Unlawful Possession of a Firearm by a Convicted Felon

On or about December 8, 2022, within the Southern District of Indiana, Indianapolis Division, MICHAEL SPENCER, the defendant herein, did knowingly possess in and affecting commerce a firearm, to wit: a 40 caliber Glock 24 pistol after knowingly having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit:

Armed Robbery, a Level 3 Felony, under cause number 49D30-1501-F3-002877 in Marion County, Indiana, on or about September 8, 2015;

Armed Robbery, a Level B Felony, under cause number 49G04-1001-FB-001512 in Marion County, Indiana, on or about February 24, 2010.

in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE

1. The allegations in Count One of this indictment are realleged as if fully set forth here, for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2. If convicted of the offense set forth in Count One, the defendant shall also forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm, ammunition or magazine involved in or used in the offense of which he is convicted.

A TRUE BILL:

FOREPERSON

ZACHARY A. MYERS
United States Attorney

By: _____
Jeremy C. Fugate
Assistant United States Attorney
mpb