AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>Michael Spencer<br><br>_Defendant_ | Case No. 1:23-cr-00005-JMS-MJD |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ Michael Spencer,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Unlawful Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1)

Date: 1/25/2023

_Paul R. Cherry_
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

City and state: Indianapolis, Indiana

---

**Return**

This warrant was received on _(date)_ 2/1/23, and the person was arrested on _(date)_ 2/1/23
at _(city and state)_ Indianapolis, IN.

Date: 2/1/23

_Tiffany Rand_
_Arresting officer's signature_

Tiffany Rand
_Printed name and title_